# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB 13 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br><br>LUIS ERNESTO GIRON-GOMEZ (1)<br><br>　　　　　　　　　　　Defendant. | Case No. 16CR2843-CAB<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__  Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

**X**  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__  the Court has dismissed the case for unnecessary delay; or

__  the Court has granted the motion of the Government for dismissal, without prejudice; or

__  the Court has granted the motion of the defendant for a judgment of acquittal; or
__  a jury has been waived, and the Court has found the defendant not guilty; or

__  the jury has returned its verdict, finding the defendant not guilty;

**X**  of the offense(s) as charged in the Indictment/Information:

<u>Title 8, USC, Sec. 1324(a)(2)(B)(iii); 18 USC 2 – Bringing in Aliens Without Presentation; Aiding and Abetting.</u>

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 2/10/2017

　　　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　　　United States District Judge